56 MILLS vs. RECORDERS' COURT JUDGE (Detroit), No. 12751, 91 M., 521.

To compel respondent to quash a capias for the re-arrest of relator and to allow the approval of a bail bond by a Police Justice.

Denied May 4, 1892.

Relator had been bound over by the Police Court. Afterwards the police justice admitted him to bail. Held, that the Police Court had lost jurisdiction for any purpose.

57 WONDERLY vs. CIRCUIT JUDGE (Kent), 41 M., 722.

To set aside a capias, on the ground that it was not made returnable on the first day of the term, which was October 6, 1879, where the writ was returnable "on the seventh day of October, 1879, that being the first day of the next succeeding term."

Denied October 21, 1879, on the ground that the writ furnished the means of its own correction and the erroneous mention of a wrong day of the month did not vitiate it. See No. 58.

58 EPSTEIN vs. CIRCUIT JUDGE (Wayne), No. 15587.

To quash a capias because made returnable more than three months after the date of its issue, it having been issued March 19, 1896, and made returnable "on the seventh day of July, A. D. 1896, that being the first day of the next succeeding term of our Circuit Court."

Denied June 4, 1896, with costs, on the ground that the writ furnished the means of its own correction. See No. 57.